# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Penny L. Evans<br>Robert M. Evans Sr.<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 16-11859 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION, and index same on the master mailing list.

Re: Loan # Ending In: 8037

                          Respectfully submitted,

                          **/s/Joshua I. Goldman, Esquire**
                          Joshua I. Goldman, Esquire
                          Thomas Puleo, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 825-6306  FAX (215) 825-6406