IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ROBERT MEHARD EVANS, SR., ) | |
| and PENNY LEE EVANS, ) | CASE NO: 16-11859 |
| ) | Chapter 13 |
| Debtors ) | |

ORDER

Upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses of Andrew J. Shaw, Esquire, of Goodman Schwartz & Shaw LLC, counsel for Debtors, Robert Mehard Evans, Sr. and Penny Lee Evans, and after notice and opportunity for hearing, it is

**ORDERED AND DECREED** that Andrew J. Shaw, Esquire, of Goodman Schwartz & Shaw LLC, be and he hereby is allowed for the balance due for compensation as counsel for Debtors, Robert Mehard Evans, Sr. and Penny Lee Evans, for services rendered in the sum of $3,790.00 with reimbursement of expenses in the sum of $0.00.

BY THE COURT:

**Date: December 16, 2016**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge