United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-11859-ref
Robert Mehard Evans, Sr.                                              Chapter 13
Penny Lee Evans
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Cathleen              Page 1 of 1            Date Rcvd: Dec 16, 2016
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db/jdb        Robert Mehard Evans, Sr.,    Penny Lee Evans,    114 S Penn Dixie Rd,    Nazareth, PA   18064-8916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
     ANDREW J. SHAW    on behalf of Joint Debtor Penny Lee Evans ashaw@goodmanshaw.com
     ANDREW J. SHAW    on behalf of Debtor Robert Mehard Evans, Sr. ashaw@goodmanshaw.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION
      bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)
ROBERT MEHARD EVANS, SR., )
and PENNY LEE EVANS, ) CASE NO: 16-11859
) Chapter 13
Debtors )

ORDER

Upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses of Andrew J. Shaw, Esquire, of Goodman Schwartz & Shaw LLC, counsel for Debtors, Robert Mehard Evans, Sr. and Penny Lee Evans, and after notice and opportunity for hearing, it is

**ORDERED AND DECREED** that Andrew J. Shaw, Esquire, of Goodman Schwartz & Shaw LLC, be and he hereby is allowed for the balance due for compensation as counsel for Debtors, Robert Mehard Evans, Sr. and Penny Lee Evans, for services rendered in the sum of $3,790.00 with reimbursement of expenses in the sum of $0.00.

**Date: December 16, 2016**

BY THE COURT:

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge