United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-11859-amc
Robert Mehard Evans, Sr.                                        Chapter 13
Penny Lee Evans
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa           Page 1 of 2           Date Rcvd: Jul 18, 2019
                             Form ID: 138NEW       Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db/jdb        Robert Mehard Evans, Sr.,   Penny Lee Evans,   114 S Penn Dixie Rd,   Nazareth, PA  18064-8916
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA  18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13693185     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  Bank of America,   PO Box 982238,   El Paso, TX  79998-2238)
13693186      Barclays Bank Delaware,   PO Box 8803,   Wilmington, DE  19899-8803
13693187      Chase Card,   PO Box 15298,   Wilmington, DE  19850-5298
13779700     +Hyundai Lease Titling Trust,   PO Box 20825,   Fountain Valley, CA 92728-0825
13693188      Kia Financial,   PO Box 20825,   Fountain Valley, CA  92728-0825
13693189      Lehigh Valley Health Network,   PO Box 4120,   Allentown, PA  18105-4120
13763843     +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13693191     +PNC Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
13693192      PNC Bank,   PO Box 3180,   Pittsburgh, PA  15230-3180
13779251     +PNC Bank, National Association,   Attn: Bankruptcy,   3232 Newmark Drive,
              Miamisburg, OH 45342-5421
13693193      PNC Mortgage,   PO Box 8703,   Dayton, OH  45401-8703
13693190      Phillips & Cohen Associates, LTD.,   PO Box 5790,   Hauppauge, NY  11788-0164

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:01
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:26     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 03:00:39     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13779660      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2019 03:00:42
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13722837      E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2019 02:59:54
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                           TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13695431     ##+Goodman Schwartz & Shaw LLC,   44 E. Broad Street, Suite 15,   Bethlehem, PA 18018-5920
                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                               Signature:  /s/Joseph Speetjens

District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Jul 18, 2019
                             Form ID: 138NEW          Total Noticed: 23

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
          ANDREW J. SHAW    on behalf of Debtor Robert Mehard Evans, Sr. ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          ANDREW J. SHAW    on behalf of Joint Debtor Penny Lee Evans ajshawesq@gmail.com,
           abgoodmanesq@gmail.com
          DAVID B. SCHWARTZ    on behalf of Joint Debtor Penny Lee Evans david@dbsesq.com,
           DBSchwartzesq@aol.com
          DAVID B. SCHWARTZ    on behalf of Debtor Robert Mehard Evans, Sr. david@dbsesq.com,
           DBSchwartzesq@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          THOMAS I. PULEO   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Robert Mehard Evans, Sr. and Penny
Lee Evans

          Debtor(s)                                   Bankruptcy No: 16–11859–amc

                                                      Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN
THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be
filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the
entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from
the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

400 Washington Street
Suite 300
Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and
Account and enter the Order of Discharge.


                                      For The Court
                                Timothy B. McGrath
                                Clerk of Court


Dated: 7/18/19