United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 16-11859-amc
Robert Mehard Evans, Sr.                                                         Chapter 13
Penny Lee Evans
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 1              Date Rcvd: Oct 30, 2019
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db/jdb         Robert Mehard Evans, Sr.,    Penny Lee Evans,    114 S Penn Dixie Rd,    Nazareth, PA   18064-8916

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
              ANDREW J. SHAW    on behalf of Joint Debtor Penny Lee Evans ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              ANDREW J. SHAW    on behalf of Debtor Robert Mehard Evans, Sr. ajshawesq@gmail.com,
               abgoodmanesq@gmail.com
              DAVID B. SCHWARTZ    on behalf of Debtor Robert Mehard Evans, Sr. david@dbsesq.com,
               DBSchwartzesq@aol.com
              DAVID B. SCHWARTZ    on behalf of Joint Debtor Penny Lee Evans david@dbsesq.com,
               DBSchwartzesq@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 13

Robert Mehard Evans, Sr. and Penny Lee Evans            : Case No. 16–11859–amc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , October 30, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

37
Form 195